Exhibit 2

Charted claim:
Method claim:1

| US8515386B2 | OnePlus 12R ("The accused product") |
|---|---|
| 1. A method for determining the physical location of a VoIP phone and transmitting the physical location to an emergency services call center or the like, the method comprising: | The accused product discloses a method (e.g., Emergency Services Assistant) for determining the physical location (e.g., current location) of a VoIP phone (e.g., the accused product) and transmitting (e.g., automatically sending) the physical location (e.g., current location) to emergency services call center (e.g., local emergency center) or the like.<br><br>As shown, the accused product supports voice call over IP network using different technologies like Wi-Fi calling, etc. The accused product also provides an emergency services assistant feature. It allows a user to call local emergency service and along with the call it automatically shares the user's location to the local emergency service, using emergency services assistant feature. It determines location using different technologies such as Wi-fi, GPS, Bluetooth, etc. |



https://www.oneplus.com/us/12r



https://www.youtube.com/watch?v=B9cWVnS7-YY

emergency number. When you press the Power button 5 times in quick

succession , the system will automatically call the number after 3

seconds.

*Source: User manual of the accused product*

Turn on the "Emergency Services Assistant" feature. When you call a

174

⬒⁺

public emergency number, the system will turn on Location Services,

Mobile data, and Wi-Fi to determine your current location, regardless of

whether or not you have enabled these features on your phone.

*Source: User manual of the accused product*

The feature will also notify the police of your current location, phone number, and other frequently used device information so that they can respond swiftly to ensure your safety.

*Source: User manual of the accused product*

# How to emergency call on OnePlus 12R?

How to open the **Emergency Call** function on your **OnePlus 12R?** How to use the **Emergency SOS?**

Check out our instruction about **Mayday Tool** to know how to call to **Police, Ambulance** or **Fire department** faster. Also, by using this tutorial you will know how to get access to the **Emergency Numbers,** when **OnePlus 12R** is locked.

https://www.hardreset.info/devices/oneplus/oneplus-12r/emergency-call/





https://www.hardreset.info/devices/oneplus/oneplus-12r/emergency-call/



https://www.hardreset.info/devices/oneplus/oneplus-12r/emergency-call/



https://www.hardreset.info/media/resetinfo/
2022/129/10bf0137931f4578beb80a1cd09deb52/oneplus-12r-genshin-impact.jpeg

When sending the location, the GPS coordinates (Galileo, Baidu or Glonass) of your 12R are sent, obtained through its GPS chip or through A-GPS and you can locate those coordinates on a map.

https://www.devicesfaq.com/en/send-location/oneplus-12r

Some apps may need to use Location Services to provide services based on your current location. You can turn Location Services on or off as necessary.

★ Operation path

Go to "Settings > Location" and turn on "Location Services".

You can also turn on "Wi-Fi scanning" and "Bluetooth scanning" for more accurate location-based services.

Source: User manual of the accused product

<table>
<tr><td></td><td>If ELS (Emergency Location Service) is supported in the region, the OnePlus smartphone automatically sends the location when an emergency call is made.<br><br>If Google Location Services are disabled, ELS can temporarily enable them during an emergency call to provide additional information to rescue workers about where the SOS or emergency call was sent from.<br><br>https://www.techbone.net/oneplus/user-manual/emergency-location-service-els</td></tr>
<tr><td>making a plurality of attempts to determine the physical location of the VoIP phone, each using a separate location detection technology ("LDT"):</td><td>The accused product discloses making a plurality of attempts (e.g., attempts corresponding to different location services such as Wi-fi, mobile data, Bluetooth, GPS, etc.) to determine the physical location (e.g., current location) of the VoIP phone (e.g., the accused product) each using a separate location detection technology ("LDT").<br><br>As shown, the accused product supports voice call over IP network using different technologies like Wi-Fi calling, etc. The accused product also provides an emergency services assistant feature. It allows a user to call local emergency service and along with the call it automatically shares the user's location to the local emergency service, using emergency services assistant feature. It determines location using different technologies such as Wi-fi, GPS, Bluetooth, etc.</td></tr>
</table>



https://www.oneplus.com/us/12r



https://www.youtube.com/watch?v=B9cWVnS7-YY

Turn on the "Emergency Services Assistant" feature. When you call a

174

1⁺

public emergency number, the system will turn on Location Services,

Mobile data, and Wi-Fi to determine your current location, regardless of

whether or not you have enabled these features on your phone.

*Source: User manual of the accused product*

The feature will also notify the police of your current location, phone number, and other frequently used device information so that they can respond swiftly to ensure your safety.

*Source: User manual of the accused product*

In order to get a more accurate position in the location determination, the OnePlus smartphone uses Wi-Fi and Bluetooth search as standard.

This allows apps and services to always search for Wi-Fi networks and Bluetooth devices, even if the functions are disabled.

The search via Wi-Fi and Bluetooth can be turned on/off at any time and independently of each other.

https://www.techbone.net/oneplus/user-manual/wi-fi-bluetooth-scanning-location

Some apps may need to use Location Services to provide services based on your current location. You can turn Location Services on or off as necessary.

★ Operation path

Go to "Settings > Location" and turn on "Location Services".

You can also turn on "Wi-Fi scanning" and "Bluetooth scanning" for more accurate location-based services.

*Source: User manual of the accused product*

When sending the location, the GPS coordinates (Galileo, Baidu or Glonass) of your 12R are sent, obtained through its GPS chip or through A-GPS and you can locate those coordinates on a map.

https://www.devicesfaq.com/en/send-location/oneplus-12r

| | |
|---|---|
| if an attempt is successful, storing the physical location determined using the corresponding LDT; | The accused product discloses if an attempt (e.g., attempt to obtain current location of the accused product) is successful (e.g., current location is determined), storing the physical location determined (e.g., current location determined is stored so it can be shared with apps) using the corresponding LDT (e.g., Wi-fi, mobile data, Bluetooth, GPS, etc.).<br><br>As shown, the accused product supports voice call over IP network using different technologies like Wi-Fi calling, etc. The accused product also provides an emergency services assistant feature. It allows a user to call local emergency service and along with the call it automatically shares the user's location to the local emergency service, using emergency services assistant feature. It determines location using different technologies such as Wi-fi, GPS, Bluetooth, etc.<br><br><br>https://www.youtube.com/watch?v=B9cWVnS7-YY |

Turn on the "Emergency Services Assistant" feature. When you call a

174

⊡⁺

public emergency number, the system will turn on Location Services,

Mobile data, and Wi-Fi to determine your current location, regardless of

whether or not you have enabled these features on your phone.

*Source: User manual of the accused product*

The feature will also notify the police of your current location, phone number, and other frequently used device information so that they can respond swiftly to ensure your safety.

*Source: User manual of the accused product*

In order to get a more accurate position in the location determination, the OnePlus smartphone uses Wi-Fi and Bluetooth search as standard.

This allows apps and services to always search for Wi-Fi networks and Bluetooth devices, even if the functions are disabled.

The search via Wi-Fi  and Bluetooth can be turned on/off at any time and independently of each other.

https://www.techbone.net/oneplus/user-manual/wi-fi-bluetooth-scanning-location

**1. What Types of Personal Information We Collect and How Your Personal Information is Processed**

**(1) Our Collection and Use of Personal Information**

We may have collected the following categories of personal information in the past 12 months. To learn more about the types of personal information we collect and the purposes for which we use this information, please refer to the OnePlus Global Privacy Notice.

· **Geolocation data**, which may include physical location or movements

https://www.oneplus.com/us/legal/state-privacy-policy

When sending the location, the GPS coordinates (Galileo, Baidu or Glonass) of your 12R are sent, obtained through its GPS chip or through A-GPS and you can locate those coordinates on a map.

https://www.devicesfaq.com/en/send-location/oneplus-12r

Some apps may need to use Location Services to provide services based on your current location. You can turn Location Services on or off as necessary.

★ Operation path

Go to "Settings > Location" and turn on "Location Services".

You can also turn on "Wi-Fi scanning" and "Bluetooth scanning" for more accurate location-based services.

*Source: User manual of the accused product*

| | |
|---|---|
| | Location data is calculated using GPS, Wi-Fi, IP address, cell triangulation and registration data to produce precise longitude/latitude coordinates referring to the device's location. The mobile location data is accurate up to 30metres on average depending on a number of factors, such as signal strength. For marketers seeking more accurate data, it is recommended to seek mobile location data vendors that utilize showcase data accuracy measures, such as having good customer reviews and verifying their data against diversify sources. If in doubt, before you buy mobile location data, ask for the providers' quality filters.<br><br>*https://datarade.ai/data-categories/mobile-location-data* |
| placing a call to the emergency services call center with the VoIP phone; and | The accused product discloses placing a call (e.g., placing a call to local emergency services) to the emergency services call center (e.g., local emergency center) with the VoIP phone (e.g., the accused product).<br><br>As shown, the accused product supports voice call over IP network using different technologies like Wi-Fi calling, etc. The accused product also provides an emergency services assistant feature. It allows a user to call local emergency service and along with the call it automatically shares the user's location to the local emergency service, using emergency services assistant feature. It determines location using different technologies such as Wi-fi, GPS, Bluetooth, etc. |



https://www.youtube.com/watch?v=B9cWVnS7-YY

emergency number. When you press the Power button 5 times in quick

succession , the system will automatically call the number after 3

seconds.

*Source: User manual of the accused product*

## Setting emergency contacts

There are 3 emergency numbers by default: 110 (police), 119 (fire), and 120 (emergency medical).

*Source: User manual of the accused product*

# How to emergency call on OnePlus 12R?

How to open the **Emergency Call** function on your **OnePlus 12R?** How to use the **Emergency SOS?**
Check out our instruction about **Mayday Tool** to know how to call to **Police, Ambulance** or **Fire department** faster. Also, by using this tutorial you will know how to get access to the **Emergency Numbers,** when **OnePlus 12R** is locked.

https://www.hardreset.info/devices/oneplus/oneplus-12r/emergency-call/





https://www.hardreset.info/devices/oneplus/oneplus-12r/emergency-call/

Next, click on **Emergency.**



https://www.hardreset.info/devices/oneplus/oneplus-12r/emergency-call/



https://www.hardreset.info/media/resetinfo/
2022/129/10bf0137931f4578beb80a1cd09deb52/oneplus-12r-genshin-impact.jpeg

| | |
|---|---|
| | Turn on the "Emergency Services Assistant" feature. When you call a<br><br>174<br><br><br><br>1⁺<br><br>public emergency number, the system will turn on Location Services,<br><br>Mobile data, and Wi-Fi to determine your current location, regardless of<br><br>whether or not you have enabled these features on your phone.<br><br>*Source: User manual of the accused product* |
| automatically transmitting the physical location of the VoIP phone to the emergency services call center. | The accused product discloses automatically transmitting (e.g., automatically sending) the physical location (e.g., current location) of the VoIP phone (e.g., the accused product).to the emergency services call center (e.g., local emergency center).<br><br>As shown, the accused product supports voice call over IP network using different technologies like Wi-Fi calling, etc. The accused product also provides an emergency |

services assistant feature. It allows a user to call local emergency service and along with the call it automatically shares the user's location to the local emergency service, using emergency services assistant feature. It determines location using different technologies such as Wi-fi, GPS, Bluetooth, etc.



https://www.youtube.com/watch?v=B9cWVnS7-YY

emergency number. When you press the Power button 5 times in quick succession , the system will automatically call the number after 3 seconds.

*Source: User manual of the accused product*

Turn on the "Emergency Services Assistant" feature. When you call a

174

1⁺

public emergency number, the system will turn on Location Services,

Mobile data, and Wi-Fi to determine your current location, regardless of

whether or not you have enabled these features on your phone.

*Source: User manual of the accused product*

## Setting emergency contacts

There are 3 emergency numbers by default: 110 (police), 119 (fire), and 120 (emergency medical).

*Source: User manual of the accused product*

The feature will also notify the police of your current location, phone number, and other frequently used device information so that they can respond swiftly to ensure your safety.

*Source: User manual of the accused product*

# How to emergency call on OnePlus 12R?

How to open the **Emergency Call** function on your **OnePlus 12R?** How to use the **Emergency SOS?**

Check out our instruction about **Mayday Tool** to know how to call to **Police, Ambulance** or **Fire department** faster. Also, by using this tutorial you will know how to get access to the **Emergency Numbers,** when **OnePlus 12R** is locked.

https://www.hardreset.info/devices/oneplus/oneplus-12r/emergency-call/



**At first, press** and hold the **Power key.**



https://www.hardreset.info/devices/oneplus/oneplus-12r/emergency-call/

Next, click on **Emergency.**



https://www.hardreset.info/devices/oneplus/oneplus-12r/emergency-call/



https://www.hardreset.info/media/resetinfo/
2022/129/10bf0137931f4578beb80a1cd09deb52/oneplus-12r-genshin-impact.jpeg

When sending the location, the GPS coordinates (Galileo, Baidu or Glonass) of your 12R are sent, obtained through its GPS chip or through A-GPS and you can locate those coordinates on a map.

https://www.devicesfaq.com/en/send-location/oneplus-12r

Some apps may need to use Location Services to provide services based on your current location. You can turn Location Services on or off as necessary.

★ Operation path

Go to "Settings > Location" and turn on "Location Services".

You can also turn on "Wi-Fi scanning" and "Bluetooth scanning" for more accurate location-based services.

*Source: User manual of the accused product*

| | If ELS (Emergency Location Service) is supported in the region, the OnePlus smartphone automatically sends the location when an emergency call is made. |
| | If Google Location Services are disabled, ELS can temporarily enable them during an emergency call to provide additional information to rescue workers about where the SOS or emergency call was sent from. |
| | https://www.techbone.net/oneplus/user-manual/emergency-location-service-els |